IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SONNY LAUREN HARMON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-04-235-C |
| | ) | |
| WARDEN GLYNN BOOHER and | ) | |
| STATE OF OKLAHOMA, ex rel. | ) | |
| Oklahoma Pardon and Parole Board, | ) | |
| | ) | |
| Respondents | ) | |

## **O R D E R**

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).  Judge Bacharach entered a Report and Recommendation on June 10, 2005, recommending denial of the Petition for a Writ of Mandamus and denial of Petitioner's request for this Court to resume jurisdiction over his claim.

Petitioner has filed a document entitled "Petitioner[']s Answer to the Magistrate[']s Report and Recommendation," in which he states he will not object to the Report and Recommendation.  He does point out what he considers to be deficiencies in the state court process and in his case, particularly.  Those observations do not, at present, constitute justiciable issues requiring resolution.

In the absence of any objection, the Report and Recommendation of Judge Bacharach is adopted, in its entirety; Petitioner's request for writ of mandamus is therefore denied; and the administrative closure remains in effect.

IT IS SO ORDERED this 1st day of July, 2005.

_/s/ Robin J. Cauthron_
ROBIN J. CAUTHRON
United States District Judge